UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division



| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-32174 |
| JESSE GARCIA, and | ) | |
| SYLVIA GARCIA. | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING DEBTORS' MOTION FOR SANCTIONS

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Sonnenschein Financial Services has violated 11 U.S.C. § 362(a)(6).

2) Hearing is set for March 13, 2018 at 10:30 a.m. to allow Debtors to prove-up actual damages, punitive damages, and attorney's fees.

3) Parties shall file pre-hearing submissions by March 6, 2018.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: February 13, 2018

Prepared by:

Michael R. Colter, II, Esq. A.R.D.C. #6304675
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100.



PETITIONER'S EXHIBIT A