

**Sonnenschein**
Financial Services

November 14, 2017

Client: CITY OF BERWYN - IDRP
Client Acct#............: 38PJQ2B2
SFS Acct#...: 282452
Amt Owed....:            $200.00

Jesse Garcia
11232 S NATOMA AVE
WORTH, IL 60482-1904

Dear Jesse Garcia

I have received notification that you filed a Chapter 7 Bankruptcy. However, pursuant to Federal Statute 11 U.S.C. Section 523 (a) A discharge under section 727, 1141, 1228 (a), 1228 (b) or 1238(b) of this title does not discharge an individual debtor from any debt to the extent such debt is for a fine, penalty, or forfeiture payable to and for the benefit of a government unit.

In other words, the referenced debt is not dischargeable under your Chapter 7 Bankruptcy filing. Please contact me at 630-396-2830 to make payment arrangements and have this removed from your credit file.

Sincerely,
RAY HALL

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  This communication is from a debt collection agency.

